JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5530BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER WAIVING INTEREST ON RESTITUTION |
| MICHAEL DAVID GILLEN, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to waive interest on the restitution amount imposed in this matter,

NOW THEREFORE IT IS HEREBY ORDERED that the interest requirement on the $35,654 restitution imposed in this matter on April 20, 2009, is hereby waived as it is determined that the defendant does not have the ability to pay interest.

DONE this 17th day of August, 2009.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Linda R. Sullivan*
Linda R. Sullivan
Attorney for Defendant

/s/ *Roger S. Rogoff*
Roger S. Rogoff
Assistant United States Attorney

ORDER WAIVING INTEREST ON RESTITUTION – page 1